# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 24 AM 6:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Catrina Grandberry__          Docket No. __2:02CR20433-05-05__

### Petition on Probation and Supervised Release

**COMES NOW** Edward E. Shaw **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Catrina Grandberry who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 19th day of September, 2003, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention Program for a period of six (6) months. (Completed.)

2. The defendant shall pay restitution in the amount of $1,931.25. (Balance owed: $1,331.00)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Please see page 2.

**PRAYING THAT THE COURT WILL ORDER** the modifications as indicated on Probation Form 49/Waiver of Hearing to Modify Conditions (See attached)

| ORDER OF COURT | Respectfully |
|---|---|
| Considered and ordered this 23rd day of August 2005 and ordered filed and made a part of the records in the the above case.<br><br>Honorable Bernice B. Donald<br>United States District Judge | _[signature]_<br>Edward E. Shaw<br>United States Probation Officer<br><br>Place: Memphis TN<br>United States Probation Officer<br><br>Date: 8/22/2005 |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-25-05__

(215)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The Defendant Has Violated the Following Conditions:**

The defendant has acknowledged during meetings with the Probation Officer that she has committed the following violations.

**While on Probation, the defendant shall not commit another Federal, state, or local crime and shall not illegally possess a firearm, ammunition, or destructive device.**

In a monthly report form certified by the defendant on July 7, 2005, the defendant made a false statement in violation of 18 USC 1001, by falsely indicating she was unemployed and that her only income during the past month was from government benefits and gifts from another person. In fact, during June of 2005, the defendant actually was working and had additional income from her job.

**The defendant shall pay restitution in the amount of $1,931.25.**

Ms. Grandberry has violated this condition by not making a good faith effort to pay restitution to the best of her ability. Ms. Grandberry has had some ability to make regular monthly restitution payments of at least $25.00, but has failed to do so.

# United States District Court

Western **District of** Tennessee

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The original two (2) year term of Probation which commenced on September 19, 2005, shall be extended by an additional six (6) months so that Probation will continue until March 18, 2006.

The original conditions of Probation are modified by requiring additional Special Conditions:

1. The defendant shall seek and maintain full time employment.
2. The defendant will pay $50 monthly towards restitution.
3. The defendant shall serve three (3) months in a halfway house or community correction center as directed by the Probation Officer.
4, The defendant shall participate and complete as directed by the Probation Officer in a program approved by the Probation Officer for mental health evaluation, counseling and treatment.

Witness: *[signature]*
Edward E. Shaw
U.S. Probation Officer
Western District of Tennessee

Signed: *[signature]*
Catrina Grandberry
Probationer/Supervised Releasee

8-11-05

Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 215 in case 2:02-CR-20433 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT